

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

2008 Dodge Charger Vin: 2B3KA33G08H107980, Texas License No. KSP3489, Appellant

No. 06-19-00048-CV        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 18C274). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED SEPTEMBER 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk